374 A.2d 733

White, Appellant, et al. v. Kebert Developers, Inc., et al. White (et al., Appellant) v. Kebert Developers, Inc., et al.

Argued April 11, 1977. John A. Metz, Jr., with him John F. McGinty, for appellants; Bradley R. Krosnoff, with him John V. Pepicelli, for appellees.

Order affirmed.

VAN der VOORT, J., absent.